# MEMORANDUM CASES.

[Civ. No. 4646. First Appellate District, Division One.—June 30, 1924.]

## HENRY LEVY COMPANY, Respondent, v. G. H. HECKE, as Director of Agriculture, etc., Appellant.

[1] Constitutional Law—Cattle Protection—Inspection—Notice—Due Process.—Judgment affirmed upon authority of *H. Moffat Co.* v. *Hecke, ante,* p. 35.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. Frank J. Murasky, Judge. Affirmed.

This case presents the same questions as *H. Moffat Co.* v. *Hecke, ante,* p. 35.

U. S. Webb, Attorney-General, Leon E. French, Deputy Attorney-General, Edward E. Leighton and George G. Clough for Appellant.

W. E. Cashman and R. M. Soto for Respondent.

TYLER, P. J.—In this case the plaintiff, a foreign corporation, brought an action to enjoin defendant from inspecting cattle shipped by it from other states into the state of California for slaughtering purposes. It is a companion case to *H. Moffat Co.* v. *Hecke, ante,* p. 35 [228 Pac. 546], and presents the same questions. [1] Upon the authority of that case the judgment herein is affirmed.

Knight, J., and St. Sure, J., concurred.